UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00182-PMP-RJJ |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| LEONARD PEVNA | ) | |
| Defendant. | ) | |

The Court having read and considered Plaintiff Pevna's Motion for Termination of Supervised Release (Doc. #5) filed July 15, 2011, and Government's Response thereto (Doc. #8) filed August 4, 2011, and good cause appearing,

**IT IS ORDERED that** Plaintiff Leonard Pevna's Motion for Termination of Supervised Release (Doc. #5) is **DENIED**.

DATED:  August 9, 2011.

_____
PHILIP M. PRO
United States District Judge